**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| THOMAS W. GOLDEN,<br><br>    Plaintiff,<br><br>v.<br><br>LAW GROUP, P.C., THE<br><br>    Defendant. | Case No. 1:17−cv−00296<br><br>Hon. Janet T. Neff |

**NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE** that a settlement has been reached in this case. Plaintiff anticipates filing dismissal papers within the next 45 days. Plaintiff requests that this Court adjourn all dates and deadlines currently set for this case.

                                    Respectfully submitted,

Dated: June 19, 2017        GOLDEN LAW OFFICES, P.C.

                                     /s/ B. Thomas Golden
                                    B. Thomas Golden (P70822)
                                    Attorney for the Plaintiff
                                    2186 West Main Street
                                    P.O. Box 9
                                    Lowell, Michigan 49331
                                    Telephone: (616) 897-2900
                                    btg@bthomasgolden.com